UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

**CR121-0025**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | INDICTMENT NO. |
| ) | |
| v. ) | 18 U.S.C. § 1591(a) |
| ) | Sex Trafficking of a Minor |
| JONATHAN GRANTHAM ) | |
| ) | 18 U.S.C. § 2422(b) |
| ) | Coercion and Enticement of a Minor |
| ) | to Engage in Sexual Activity |
| ) | |
| ) | 18 U.S.C. § 2423(b) |
| ) | Travel with Intent to Engage in |
| ) | Illicit Sexual Conduct |
| ) | |
| ) | 18 U.S.C. § 2423(a) |
| ) | Transportation with Intent to |
| ) | Engage in Criminal Sexual Activity |

**THE GRAND JURY CHARGES THAT:**

U. S. DISTRICT COURT
Southern District of Ga.
Filed in Office
4:45 P M
MAR 3 2021 20
Deputy Clerk

### COUNT ONE
*Sex Trafficking of a Minor*
18 U.S.C. § 1591(a)

On or about July 22, 2019, in Columbia County, within the Southern District of Georgia, and in the District of South Carolina, the defendant,

**JONATHAN GRANTHAM,**

aided and abetted by others known and unknown, knowingly recruited, enticed, harbored, transported, provided, obtained, maintained, patronized, and solicited, by any means, in and affecting interstate commerce, Minor Victim #1, knowing and in

reckless disregard of the fact that Minor Victim #1 had not attained the age of 18 years and that Minor Victim #1 would be caused to engage in a commercial sex act.

All in violation of Title 18, United States Code, Sections 1591(a), 1591(b)(1), and 2.

## COUNT TWO
*Coercion and Enticement of a Minor to Engage in Sexual Activity*
18 U.S.C. § 2422(b)

On or about July 22, 2019, in Columbia County, within the Southern District of Georgia, and in the District of South Carolina, the defendant,

### JONATHAN GRANTHAM,

did use facilities of interstate and foreign commerce, that is, the internet, to knowingly persuade, induce, entice and coerce Minor Victim #1, who had not attained the age of 18 years, to engage in sexual activity for which the defendant could be charged with a criminal offense, that is, child molestation pursuant to Ga. Code Ann. § 16-6-4.

All in violation of Title 18, United States Code, Section 2422(b).

## COUNT THREE
*Travel with Intent to Engage in Illicit Sexual Conduct*
18 U.S.C. § 2423(b)

On or about July 22, 2019, in Columbia County, within the Southern District of Georgia, and the District of South Carolina, the defendant,

## JONATHAN GRANTHAM,

did knowingly travel in interstate commerce for the purpose of engaging in any illicit sexual conduct with Minor Victim #1, an individual who had not attained the age of 18 years.

All in violation of Title 18, United States Code, Section 2422(b).

## COUNT FOUR
*Transportation with Intent to Engage in Criminal Sexual Activity*
18 U.S.C. § 2423(a)

On or about July 22, 2019, in Columbia County, within the Southern District of Georgia, and the District of South Carolina, the defendant,

## JONATHAN GRANTHAM,

did knowingly transport an individual who had not attained the age of 18 years, that is, Minor Victim #1, in interstate commerce, with the intent that Minor Victim #1 engage in sexual activity for which the defendant could be charged with a criminal offense, that is, child molestation pursuant to Ga. Code Ann. § 16-6-4.

All in violation of Title 18, United States Code, Section 2423(a).

## FORFEITURE ALLEGATION

The allegations contained in Counts One through Four of this Indictment are hereby incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Sections 1594(d) and 2428, Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c).

Upon conviction of one or more of the offenses in violation of Title 18, United States Code, Sections 1591, 2423 or 2422 set forth in Counts One through Four of this Indictment, the defendant, **JONATHAN GRANTHAM**, shall forfeit to the United States, pursuant to Title 18, United States Code, Sections 1594 and 2428, any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of the offense(s) and any property, real or personal, constituting or derived from any proceeds obtained, directly or indirectly, as a result of the offense(s).

If any of the property described above, as a result of any act or omission of the defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

A True Bill.

_____

David H. Estes
Acting United States Attorney

Tara M. Lyons
Assistant United States Attorney
*Lead Counsel

Karl I. Knoche
Assistant United States Attorney
Chief, Criminal Division

Tania D. Groover
Assistant United States Attorney
*Co-lead Counsel