# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO: 1:21-CR-25 |
| | ) | |
| JONATHAN GRANTHAM | ) | |

## MOTION FOR PROTECTION DURING CRIMINAL TRIAL

COMES NOW, United States of America, by and through Tara M. Lyons, the undersigned Assistant United States Attorney, and requests the Court grant her protection while engaged in the criminal trial of *United States of America v. Travis McMichael, Gregory McMichael and William "Roddie" Bryan*, Case No: 2:21-CR-22 for the following dates:

a) January 20, 2022 through and including February 25, 2022.

Ms. Lyons, an attorney of record before this Court in the case listed above, requests that this motion for protection be applicable to all proceedings that might otherwise be scheduled in the case.

Respectfully submitted, this 7th day of January, 2022.

    DAVID H. ESTES
    UNITED STATES ATTORNEY

    ***/s/ Tara M. Lyons***
    Tara M. Lyons
    South Carolina Bar No. 16573
    Assistant United States Attorney
    United States Attorney's Office
    Southern District of Georgia
    P.O. Box 2017
    Augusta, Georgia 30903
    T: (706) 724-0517
    tara.lyons@usdoj.gov

# CERTIFICATE OF SERVICE

This is to certify that I have on this day served all parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this Court.

This 7th day of January, 2022.

                                   DAVID H. ESTES
                                   UNITED STATES ATTORNEY

                                   ***/s/ Tara M. Lyons***
                                   Tara M. Lyons
                                   South Carolina Bar No. 16573
                                   Assistant United States Attorney
                                   United States Attorney's Office
                                   Southern District of Georgia
                                   P.O. Box 2017
                                   Augusta, Georgia 30903
                                   T: (706) 724-0517
                                   tara.lyons@usdoj.gov